

PAUL K. CHARLTON
United States Attorney
District of Arizona

Michael A. Lee
Special Assistant United States Attorney
40 North Central, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Arizona Bar Number 018065
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

            v.

Dax Mallaburn,

                    Defendant.

CR-04-1312-PHX-JAT

**INFORMATION**

VIO:    18 U.S.C. §§ 922(g)(1) and
        924(e)
        (Felon in Possession of Firearm/
        Armed Career Criminal)
        Count 1

        18 U.S.C. § 924(d), and 28 U.S.C.
        § 2461
        (Forfeiture Allegation)

**THE UNITED STATES ATTORNEY ALLEGES:**

## COUNT 1

On or about May 11, 2004, in the District of Arizona, defendant DAX B. MALLABURN, having been previously convicted of:

1.    Unlawful Flight from a Law Enforcement Vehicle, Arizona Superior Court, Maricopa County, cause number CR2002-001217, on or about February 20, 2002;

2.    Robbery, Arizona Superior Court, Maricopa County, cause number CR98-95316, on or about December 15, 1998; and

3.    Burglary in the First Degree, Arizona Superior Court, Maricopa County, cause number CR97-91472, on or about July 17, 1997,

4. Burglary and Receiving Stolen Property, Commonwealth of Pennsylvania, McKean County, cause number 55 CR 1995, on or about June 13, 1995; and

5. Burglary, Commonwealth of Pennsylvania, McKean County, cause number 99 CR 1995, on or about June 13, 1995,

each a crime punishable by a term imprisonment exceeding one year and each a violent felony as defined in Title 18, United States Code, Section 924(e)(2)(B), did knowingly receive and possess an Excam, .22 caliber revolver, serial number 889068, and 16 rounds of .22 rimfire caliber ammunition, all of which had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATION

As the result of committing the foregoing offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e), as alleged in the Indictment, Defendant DAX B. MALLANBURN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to the following: an Excam, .22 caliber revolver, serial number 889068, and 16 rounds of .22 rimfire caliber ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant; (1) cannot be located upon exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has be commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

/

/

In violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

PAUL K. CHARLTON
United States Attorney
District of Arizona

07/27/05
Date

MICHAEL A. LEE
Special Assistant United States Attorney

4