X FILED     ___ LODGED
___ RECEIVED     ___ COPY

JUN 6 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CR 04-1312-PHX-JAT
25th of May 2016

Your Honor,

I am not sure if you will believe me when I tell you this but I am not the same person now as I was when I was first sentenced by you more than 10½ years ago, I am not.

I decided nearly 5½ years ago to get out of the gang life, in 2014 I was jumped several times but I was nearly killed 9/11/2014 stabbed approximately 8 times and hit in the head with a bag full of rocks at USP-Terre Haute in Indiana. I have since then become a Christian I pretty much quit getting into trouble. I have taken some classes learned to play the guitar, become a good welder, and found the love of my life whom I am going to Marry as soon as I am released.

Your Honor one day I just woke up literally one morning and was listening to all the loud obnoxious, rude, and disrespectful people all outside of my cell door and said to myself I don't want this anymore! I am so sick of the steel and concrete, how we are treated, told when to go eat, how to dress, who I have to live with, I miss the smell of a woman, a hug, a kiss, being able to go buy a burger, or BBQ a good steak, a

nice hot bath. I miss going for long drives, or sitting up at Pinnacle Peak watching the Sun set then the stars at night as a free man!

I don't want this anymore Your Honor and when I am out I won't think twice about this place or coming back. I haven't gotten a dirty urine in the 12 years I have been in, no drugs no alcohol although I did make it a few times for money but I quit doing that 7/2007.

My health is not good either Your Honor I am being tested for Cancer right now I have had pain inside of me and urinating blood for months abnormal amounts. I had a hip replacement in 1/2013 I have problems with my neck & back torn ligaments in my shoulder & ankle, carpal tunnel syndrome in my right hand and more Your Honor. I just want to get proper medical care, get married and have a life. I'm ready to work and do what I have to to make it in society I will NOT disappoint you I can honestly promise you this. I need to make this work I don't want to grow old in here and die like I have seen happen to so many of the elderly inmates, I don't want that Your Honor.

My fiancee is getting me a 2 bedroom apartment so I have a place to live, she has spoke with someone at an agency that finds work for ex-felons, spoke with culinary schools for me and

she is currently buying me clothes, a babysitter (an Playstation 4 with games) a T.V. furniture and a cell phone. I have everything that most guy getting released only dream of I have a wonderful fiancee who lives in England and she's researched my whole life criminal history even where I used to live in NY & PA! I have nothing to hide from her or her me. I love her & the kids with all of my heart & soul your Honor and I will do nothing to jeopardize losing my family.

Thats all Your Honor, I just wanted to let you know that I am not the same man as I came in and that now I have too much - that I love & care for - to lose should you grant me release. Thank you for taking the time to read this. God Bless You.

Sincerely,

Dax B. Mallaburn

P.S. 5-31-16
Found out today I have
Tumor on my liver and
lesions as well. I am done
For now. Now I Just want to
die free.

Dax B. Mallaburn #83665-008

Name:                    Number:

Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

RECEIVED

JUN 0 6 2016

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

⇔83665-008⇔
U S Dist Court Clerks Office
401 W Washington ST
Suite 130, SPC 1
Phoenix, AZ 85003
United States

-LEGAL MAIL-
ATTENTION:
Honorable Senior Judge
James A. Teilborg